UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
DOCKET NO. 1:17-cv-325

| | |
|---|---|
| **LAUREN B. FISH,** | ) |
| Plaintiff, | ) |
| Vs. | ) ORDER |
| **NANCY A. BERRYHILL,** **Acting Commissioner of Social Security,** | ) |
| Defendant. | ) |

**THIS MATTER** is before the court on defendant's Consent Motion for Remand. Under 42 U.S.C. § 405(g), the court may enter a judgment reversing a decision in such matters and remanding for further proceedings. The court also notes that plaintiff consents to this motion. Having considered the motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant's Consent Motion for Remand (#10) is **GRANTED**, the Commissioner's decision is **REVERSED**, and this case is **REMANDED** to the Commissioner for further proceedings.

Signed: June 21, 2018



Max O. Cogburn Jr
United States District Judge